IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ASHLEY SIERRA HARRIS,                           Civ. No. 6:25-cv-00786-AA

                  Plaintiff,                           **OPINION & ORDER**

      v.

FREDERICK MERZ, et al.

                  Defendants.
_____

AIKEN, District Judge.

      This closed case comes before the Court on a Motion to Seal filed by Plaintiff Ashley Sierra Harris.  ECF No. 15.

      This case was dismissed without prejudice on June 3, 2025.  ECF Nos. 12, 13. The Court denied Plaintiff's earlier Motion to Seal, ECF No. 8, finding that Petitioner has not made a sufficient showing to justify sealing the case.  ECF No. 9.  Plaintiff filed the present motion on August 15, 2025, seeking to seal the case more than two months after the entry of judgment.

      As the Court has previously explained to Plaintiff, ECF Nos. 9, 12, there is a strong presumption in favor of public access to court records.  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).  A party seeking to seal a judicial record bears the burden of overcoming this strong presumption by meeting

the "compelling reasons" standard, meaning the party "must articulate compelling reasons supported by specific factual findings," that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process. *Id.* (internal quotation marks and citation omitted). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.* at 1179.

Here, Plaintiff's Motion is a single page with the caption "Motion to Seal LR 5-13; Fed. R. Civ. P. 5 Motion to redact Fed. R. Civ. P. 5.2." No specific documents are identified as requiring a seal or redaction, nor is any reasoning for the motion provided.

The Court concludes that this insufficient to overcome the presumption in favor public access and so the Motion to Seal, ECF No. 15, is DENIED. The Court will not entertain any further motions to seal in this closed case.

It is so ORDERED and DATED this ____19th____ day of August 2025.

　/s/Ann Aiken　　　　　　　　　　　　
ANN AIKEN
United States District Judge